**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
TODD B. TUGGLE, ESQ.
Nevada Bar No. 6151
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Match Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAELA MARICH, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY BROWN, an individual; MATCH GROUP, INC. dba Tinder, a Texas Corporation; BLOCK, INC. dba CashApp, a Delaware Corporation; PAYPAL INC. dba Venmo, a Delaware Corporation DOES I-X; and ROE CORPORATIONS I-X; inclusive, jointly and severally,<br><br>    Defendants. | Case No:  2:23-cv-1737-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT MATCH GROUP, INC. TO RESPOND TO COMPLAINT**<br><br>(First Request) |

Plaintiff and Defendant Match Group, Inc. ("Match Group), by their respective undersigned counsel, pursuant to LR 6.1(a), respectfully submit the following stipulation for a two-week extension of time, to and including November 15, 2023, for Match Group to file its response to the Complaint.

1. The Complaint in this matter was filed on September 18, 2023, in Clark County District Court.

2. On September 26, 2023, Plaintiff Served the Summons and Complaint on Match Group

3. On October 25, 2023, Defendant Match Group filed a Notice of Removal to this Court.

4. The parties stipulate that in order to have adequate time to respond to the allegations of the Complaint, Match Group should have an additional 14 days, up to and including November 15, 2023, within which to file a responsive pleading.

5. This is the first stipulation for an extension of time to answer or otherwise file a responsive pleading to the Complaint.

WHEREFORE, the parties stipulated pursuant to LR 6.1(a) that Defendant Match Group shall have an additional 14 days, to and including November 15, 2023, within with to file its response to the Complaint.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED  November 1, 2023

RESPECTFULLY SUBMITTED:

| **HALL & EVANS, LLC** | **VEGAS COUNSEL** |
|---|---|
| /s/ Adam R. Knecht<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>TODD B. TUGGLE, ESQ.<br>Nevada Bar No. 6151<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>(702) 998-1022<br>nvefile@hallevans.com<br>*Attorneys for Defendant Match Group, Inc.* | /s/ Russell Boyd<br>RUSSELL BOYD, ESQ.<br>Nevada Ba. No. 15389<br>4625 West Nevso Dr., Suite 2 & 3<br>Las Vegas, NV 89103<br>Telephone: (725) 240-6942<br>Fax Number: (725) 240-0533<br>Email: rboyd@vegascounsel.com<br>*Attorney for Plaintiff Michaels Marich* |

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022