**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
TODD B. TUGGLE, ESQ.
Nevada Bar No. 6151
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Match Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAELA MARICH, an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>JERRY BROWN, an individual; MATCH GROUP, INC. dba Tinder, a Texas Corporation; BLOCK, INC. dba CashApp, a Delaware Corporation; PAYPAL INC. dba Venmo, a Delaware Corporation DOES I-X; and ROE CORPORATIONS I-X; inclusive, jointly and severally,<br><br>   Defendants. | Case No:  2:23-cv-1737-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT MATCH GROUP, INC. TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT MATCH GROUP, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR, IN THE ALTERNATIVE, STAY THIS LITIGATION**<br><br>(First Request) |

Plaintiff and Defendant Match Group, Inc. ("Match Group), by their respective undersigned counsel, pursuant to LR 6.1(a), respectfully submit the following stipulation for a one-week extension of time, to and including December 13, 2023, for Match Group to file its reply to Plaintiff's response to Defendant Match Group, Inc.'s Motion to Compel Arbitration (ECF No. 13).

1                                            Ak/5601-1

1. The Complaint in this matter was filed on September 18, 2023, in Clark County District Court.

2. On September 26, 2023, Plaintiff Served the Summons and Complaint on Match Group

3. On October 25, 2023, Defendant Match Group filed a Notice of Removal to this Court (ECF No. 1).

4. On November 15, 2023, Defendant Match Group filed a Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay This Litigation (ECF No. 13).

5. On November 29, 2023, Plaintiff filed its Opposition to Defendant Match Group's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay This Litigation (ECF No. 15).

6. The current reply deadline to Plaintiff's Opposition to Defendant Match Group's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay This Litigation (ECF No. 15) is December 6, 2023.

7. Match Group's counsel has been in trial the week of November 27, 2023 and seeks additional time to reply to Plaintiff's Opposition to Defendant Match Group's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay This Litigation (ECF No. 15).

8. The parties stipulate that in order to have adequate time to respond to the Plaintiff's Opposition to Defendant Match Group's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay This Litigation (ECF No. 15), Match Group should have an additional seven (7) days, up to and including December 13, 2023, within which to file a reply.

9. This is the first stipulation for an extension of time to reply to Plaintiff's Opposition to Defendant Match Group's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay This Litigation (ECF No. 15).

WHEREFORE, the parties stipulated pursuant to LR 6.1(a) that Defendant Match Group shall have an additional seven (7) days, to and including December 13, 2023, within with to file a

reply to Plaintiff's Opposition to Defendant Match Group's Motion to Compel Arbitration and to Dismiss or, in the Alternative, Stay This Litigation (ECF No. 15).

RESPECTFULLY SUBMITTED:

| **HALL & EVANS, LLC** | **VEGAS COUNSEL** |
|---|---|
| /s/ Adam R. Knecht<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>TODD B. TUGGLE, ESQ.<br>Nevada Bar No. 6151<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>(702) 998-1022<br>nvefile@hallevans.com<br>*Attorneys for Defendant Match Group, Inc.* | /s/ Russell Boyd<br>RUSSELL BOYD, ESQ.<br>Nevada Ba. No. 15389<br>4625 West Nevso Dr., Suite 2 & 3<br>Las Vegas, NV 89103<br>Telephone: (725) 240-6942<br>Fax Number: (725) 240-0533<br>Email: rboyd@vegascounsel.com<br>*Attorney for Plaintiff Michaels Marich* |

## **ORDER**

**IT IS SO ORDERED**:

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: December 4, 2023