TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
ALINA M. SHELL, ESQ.
Nevada Bar No. 11711
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.678.5070
Facsimile: 702.878.9995
tdifillippo@atllp.com
ashell@atllp.com

*Attorney for Defendant Block, Inc. dba CashApp*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAELA MARICH, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JERRY BROWN, an individual; MATCH GROUP, INC. dba Tinder, a Texas Corporation; BLOCK, INC. dba CashApp, a Delaware Corporation; PAYPAL INC. dba Venmo, a Delaware Corporation DOES I-X; and ROE CORPORATIONS I-X; inclusive, jointly and severally<br><br>　　　　Defendants. | Case No.: 2:23-cv-1737-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT BLOCK, INC. TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION (ECF NO. 14)**<br><br>**(FIRST REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for Defendant, Block, Inc. ("Block") to file its reply to the Motion to Compel Arbitration (ECF 14) from December 13, 2023 to December 20, 2023.

　　　　1.　　The Complaint in this matter was filed on September 18, 2023, in Clark County District Court.

　　　　2.　　On September 25, 2023, Plaintiff Served the Summons and Complaint on Block.

　　　　3.　　On October 25, 2023, Defendant Match Group filed a Notice of Removal to this Court (ECF No. 1) and on November 6, 2023 Defendant Block filed its Joinder to Notice of Removal (ECF No. 11).

　　　　4.　　On November 22, 2023, Defendant Block filed a Motion to Compel Arbitration (ECF No. 14).

1

5. On December 24, 2023, Plaintiff filed its Opposition to Defendant Block's Motion to Compel Arbitration (ECF No. 24).

6. The current deadline to reply to Plaintiff's Opposition to Defendant Block's Motion to Compel Arbitration (ECF No. 14) is December 13, 2023.

7. The parties stipulate that in order to have adequate time to respond to the Plaintiff's Opposition to Defendant Block's Motion to Compel Arbitration (ECF No. 14), Block should have an additional seven (7) days, up to and including December 20, 2023, within which to file a reply.

8. This is the first stipulation for an extension of time to reply to Plaintiff's Opposition to Defendant Block's Motion to Compel Arbitration (ECF No. 14).

WHEREFORE, the parties stipulated pursuant to LR 6.1(a) that Defendant Block shall have an additional seven (7) days, to and including December 20, 2023, within with to file a reply to Plaintiff's Opposition to Defendant Block's Motion to Compel Arbitration (ECF No. 14).

Dated this 12th day of December 2023.

BOYD LEGAL PLLC

By: /s/ Russell Boyd
RUSSELL BOYD, ESQ.
Nevada Bar No. 15389
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

A*ttorney for Plaintiff*

Dated this 12th day of December 2023.

ARMSTRONG TEASDALE LLP

By: /s/ Alina M. Shell
TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No. 7676
ALINA M. SHELL, ESQ.
Nevada Bar No. 11711
Armstrong Teasdale LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

*Attorney for Defendant Block, Inc. dba CashApp*

**ORDER**

IT IS SO ORDERED:

DATED: December 13, 2023.

**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**