Richard C. Gordon, Esq.
Nevada Bar No. 9036
Erik Foley, Esq.
Nevada Bar No. 14195
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rgordon@swlaw.com
         efoley@swlaw.com

*Attorneys for Defendant PayPal, Inc. dba Venmo, a Delaware Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAELA MARICH, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JERRY BROWN, an individual; MATCH GROUP, INC. dba Tinder, a Texas Corporation; BLOCK, INC. dba CashApp, a Delaware Corporation; PAYPAL, INC. dba Venmo, a Delaware Corporation, DOES I-X; and ROE CORPORATIONS I-X; inclusive, jointly and severally,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-1737-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL OF DEFENDANT PAYPAL, INC.** |

　　　　Pursuant to Local Rule 7-1, Plaintiff Michaela Marich ("Plaintiff") and Defendants PayPal, Inc. ("PayPal"), Jerry Brown, Match Group, Inc., and Block, Inc. (collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Order.

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

　　　　1.　　Plaintiff and PayPal have reached a settlement of this dispute (the "Settlement"), culminating in the execution of a settlement agreement.

　　　　2.　　Plaintiff and PayPal negotiated and reached the Settlement in good faith, including as contemplated in Nev. Res. Stat. § 17.245.

　　　　3.　　PayPal shall be dismissed from this litigation with prejudice.

DATED this 7th day of February 2024.

SNELL & WILMER L.L.P.

By: /s/ *Erik J. Foley*
Richard C. Gordon, Esq.
Erik Foley, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant PayPal, Inc. dba Venmo, a Delaware Corporation*

DATED this 7th day of February 2024.

BOYD LEGAL PLLC

By: /s/ *Russell Boyd*
Russell Boyd, Esq.
4625 West Nevso Drive, Suites 2&3
Las Vegas, Nevada 89103

*Attorney for Plaintiff Michaela Marich*

DATED this 7th day of February 2024.

ARMSTRONG TEASDALE LLP

By: /s/ *Tracy A. Dilfillippo*
Tracy A. Difillippo, Esq.
Alina M. Shell, Esq.
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

*Attorney for Defendant Block, Inc. dba CashApp*

DATED this 7th day of February 2024.

HALL & EVANS, LLC

By: /s/ *Adam R. Knecht*
Adam R. Knecht, Esq.
Todd B. Tuggle, Esq.
1160 North Town Center Drive, Suite 320
Las Vegas, Nevada 89144

*Attorney for Defendant Match Group, Inc.*

## ORDER

Therefore, in accordance with the stipulation of the Parties, and with good cause appearing, the court hereby finds and concludes that the Settlement between Plaintiff and PayPal was negotiated and reached in good faith, including as contemplated in Nev. Res. Stat. § 17.245.

**IT IS HEREBY ORDERED** that all claims against PayPal are dismissed, and that PayPal is dismissed from this litigation with prejudice.

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

4867-8565-6473

Dated: _____