RUSSELL BOYD, ESQ.
Nevada Bar No. 15389
BOYD LEGAL PLLC
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103
Telephone:    (725) 240-6942
Fax Number:  (725) 240-0533
Email:         rboyd@vegascounsel.com
*Attorney for Plaintiff Michaela Marich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAELA MARICH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP INC. dba Tinder, a Texas Corporation; BLOCK, INC. dba CashApp, a Delaware Corporation; DOES I-X; and ROE CORPORATIONS I-X; inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:23-CV-1737-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL OF DEFENDANT BLOCK, INC.** |

Pursuant to Local Rule 7-1, Plaintiff Michaela Marich ("Plaintiff") and Defendants Match Group, Inc., and Block, Inc. (collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Order.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. Plaintiff and Block, Inc. have reached a settlement of this dispute (the "Settlement"), culminating in the execution of a settlement agreement.

2. Plaintiff and Block, Inc. negotiated and reached the Settlement in good faith, including as contemplated in Nev. Res. Stat. § 17.245.

3. Block, Inc. shall be dismissed from this litigation with prejudice.

DATED this 3rd of April 2024.

    BOYD LEGAL PLLC

By: */s/ Russell Boyd*
    RUSSELL BOYD, ESQ.
    Nevada Bar No. 15389
    4625 West Nevso Dr., Suite 2 & 3
    Las Vegas, NV 89103
    *Attorney for Plaintiff Michaela Marich*

| DATED this 3rd of April 2024. | DATED this 3rd of April 2024. |
|---|---|
| ARMSTRONG TEASDALE LLP | HALL & EVANS, LLC |
| By: */s/ Tracy DiFillippo*<br>Tracy DiFillippo, Esq.<br>7160 Rafael Rivera Way, Suite 320<br>Las Vegas, Nevada 89113<br>*Attorney for Defendant Block, Inc. dba CashApp* | By: */s/ Adam R. Knecht*<br>Adam R. Knecht, Esq.<br>Todd B. Tuggle, Esq.<br>1160 North Town Center Drive, Suite 320<br>Las Vegas, Nevada 89144<br>*Attorney for Defendant Match Group, Inc.* |

### ORDER

Therefore, in accordance with the stipulation of the Parties, and with good cause appearing, the court hereby finds and concludes that the Settlement between Plaintiff and PayPal was negotiated and reached in good faith, including as contemplated in Nev. Res. Stat. § 17.245.

**IT IS HEREBY ORDERED** that all claims against Block, Inc. are dismissed, and that Block, Inc. is dismissed from this litigation with prejudice.

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

Dated: _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am the attorney on record in the above matter and that on the 3rd of April 2024, I filed the above through the Court's ECF system which sent notification of such filing to the counsel for all appearing parties.

By: */s/ Russell Boyd*

RUSSELL BOYD, ESQ.
Nevada Bar No. 15389
VEGAS COUNSEL
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103
Telephone:        (725) 240-6942
Fax Number:    (725) 240-0533
Email:                 rboyd@vegascounsel.com
*Attorney for Plaintiff Michaela Marich*



Russell Boyd <rboyd@vegascounsel.com>

## RE: Marich v Block - SAO revision [IWOV-IDOCS.FID5292590]

**Tracy A. DiFillippo** <TDiFillippo@atllp.com>                                    Wed, Apr 3, 2024 at 11:28 AM
To: Russell Boyd <rboyd@vegascounsel.com>, David Jermann <DJermann@atllp.com>

This looks good.  You may use my e-signature.


Regards,

Tracy




Armstrong Teasdale LLP
**Tracy A. DiFillippo** | Partner

7160 Rafael Rivera Way, Suite 320, Las Vegas, Nevada 89113

DIRECT: 702.473.7092 | FAX: 314.552.4811 | MAIN OFFICE: 702.678.5070

tdifillippo@atllp.com
www.armstrongteasdale.com


***Please Note The Change To My Address***

Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.


**From:** Russell Boyd <rboyd@vegascounsel.com>
**Sent:** Tuesday, April 2, 2024 4:59 PM
**To:** Tracy A. DiFillippo <TDiFillippo@atllp.com>; David Jermann <DJermann@atllp.com>; Brandon P. Johansson <BJohansson@atllp.com>
**Subject:** Marich v Block - SAO revision



CAUTION:     EXTERNAL EMAIL



Hi David and counselors,



Russell Boyd <rboyd@vegascounsel.com>

## Marich v. Match - Dismissal of Block

**Knecht, Adam R.** <knechta@hallevans.com>  Wed, Apr 3, 2024 at 2:23 PM
To: Russell Boyd <rboyd@vegascounsel.com>, "Tuggle, Todd B." <tugglet@hallevans.com>, "Tracy A. DiFillippo" <TDiFillippo@atllp.com>, David Jermann <DJermann@atllp.com>

You can sign for me.

**Adam R. Knecht** | Member
knechta@hallevans.com
Tel: 702-982-6800

**Hall & Evans, LLC**
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144



COLORADO | ILLINOIS | MISSOURI | MONTANA | NEVADA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

[Quoted text hidden]