1  RUSSELL BOYD, ESQ.
   Nevada Bar No. 15389
2  BOYD LEGAL PLLC
   4625 West Nevso Dr., Suite 2 & 3
3  Las Vegas, NV 89103
   Telephone:     (725) 240-6942
4  Fax Number:    (725) 240-0533
   Email:         rboyd@vegascounsel.com
5  *Attorney for Plaintiff Michaela Marich*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAELA MARICH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MATCH GROUP INC. dba Tinder, a Texas Corporation; BLOCK, INC. dba CashApp, a Delaware Corporation;  DOES I-X; and ROE CORPORATIONS I-X; inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:23-CV-1737-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL OF DEFENDANT BLOCK, INC.** |

Pursuant to Local Rule 7-1, Plaintiff Michaela Marich ("Plaintiff") and Defendants Match Group, Inc., and Block, Inc. (collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Order.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. Plaintiff and Block, Inc. have reached a settlement of this dispute (the "Settlement"), culminating in the execution of a settlement agreement.

2. Plaintiff and Block, Inc. negotiated and reached the Settlement in good faith, including as contemplated in Nev. Res. Stat. § 17.245.

3. Block, Inc. shall be dismissed from this litigation with prejudice.

DATED this 3rd of April 2024.

    BOYD LEGAL PLLC

By: */s/ Russell Boyd*
    RUSSELL BOYD, ESQ.
    Nevada Bar No. 15389
    4625 West Nevso Dr., Suite 2 & 3
    Las Vegas, NV 89103
    *Attorney for Plaintiff Michaela Marich*

| DATED this 3rd of April 2024. | DATED this 3rd of April 2024. |
|---|---|
| ARMSTRONG TEASDALE LLP | HALL & EVANS, LLC |
| By: */s/ Tracy DiFillippo* <br> Tracy DiFillippo, Esq. <br> 7160 Rafael Rivera Way, Suite 320 <br> Las Vegas, Nevada 89113 <br> *Attorney for Defendant Block, Inc. dba CashApp* | By: */s/ Adam R. Knecht* <br> Adam R. Knecht, Esq. <br> Todd B. Tuggle, Esq. <br> 1160 North Town Center Drive, Suite 320 <br> Las Vegas, Nevada 89144 <br> *Attorney for Defendant Match Group, Inc.* |

## ORDER

Therefore, in accordance with the stipulation of the Parties, and with good cause appearing, the court hereby finds and concludes that the Settlement between Plaintiff and Block, Inc. was negotiated and reached in good faith, including as contemplated in Nev. Res. Stat. § 17.245.

**IT IS HEREBY ORDERED** that all claims against Block, Inc. are dismissed, and that Block, Inc. is dismissed from this litigation with prejudice.

**IT IS SO ORDERED.**

Dated: April 4, 2024.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**