**HALL & EVANS, LLC**
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
TODD B. TUGGLE, ESQ.
Nevada Bar No. 6151
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Match Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAELA MARICH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JERRY BROWN, an individual; MATCH GROUP, INC. dba Tinder, a Texas Corporation; BLOCK, INC. dba CashApp, a Delaware Corporation; PAYPAL INC. dba Venmo, a Delaware Corporation DOES I-X; and ROE CORPORATIONS I-X; inclusive, jointly and severally,<br><br>Defendants. | Case No:  2:23-cv-1737<br><br>**STIPULATION AND ORDER FOR DETERMINATION OF GOOD FAITH SETTLEMENT AND DISMISSAL OF MATCH GROUP, INC.** |

Pursuant to Local Rule 7-1, Plaintiff MICHAELA MARICH ("Plaintiff") and Defendant MATCH GROUP, INC. d/b/a Tinder[1] ("Defendant" or "Match Group") by and through their respective undersigned counsel of record, submit this Stipulation and Order.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. Plaintiff and Match Group have reached a settlement of this dispute (the "Settlement"), culminating in the execution of a settlement agreement.

---

[1] Plaintiff erroneously named the Defendant Match Group, Inc.  Match Group, LLC owns and operates the Tinder dating app at issue in this matter and is the proper party.

1                                                                AK/5601-1*

2. Plaintiff and Match Group negotiated and reached the Settlement in good faith, including as contemplated in Nev. Rev. Stat. § 17.245.

3. Match Group shall be dismissed from this litigation with prejudice.

4. Each party will bear its own costs, disbursements, and attorney's fees.

| HALL & EVANS, LLC | VEGAS COUNSEL |
|---|---|
| */s/ Adam R. Knecht* <br> ADAM R. KNECHT, ESQ. <br> Nevada Bar No. 13166 <br> TODD B. TUGGLE, ESQ. <br> Nevada Bar No. 6151 <br> 1160 North Town Center Drive <br> Suite 330 <br> Las Vegas, Nevada 89144 <br> (702) 998-1022 <br> nvefile@hallevans.com <br> *Attorneys for Defendant Match Group, Inc.* | */s/ Russell Boyd* <br> RUSSELL BOYD, ESQ. <br> Nevada Ba. No. 15389 <br> 4625 West Nevso Dr., Suite 2 & 3 <br> Las Vegas, NV 89103 <br> Telephone: (725) 240-6942 <br> Fax Number: (725) 240-0533 <br> Email: rboyd@vegascounsel.com <br> *Attorney for Plaintiff Michaela Marich* |

AK/5601-1*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022